IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Patricia M. White, : 
                Appellant : 
                   : 
      v. : 
                   : 
Southeastern Pennsylvania : 
Transportation Authority :      No. 625 C.D. 2015

# **O R D E R**

NOW, December 28, 2015, having considered appellant's application for reargument or for rehearing *en banc* and appellee's response thereto, the application is denied.

_____
DAN PELLEGRINI,
President Judge